No. 28, Misc.   HOUSE v. SWOPE, WARDEN.   On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit.   *Per Curiam:* The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Court of Appeals for consideration in light of new information.   Petitioner *pro se.* *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 460.   GREENWOOD v. UNITED STATES.   Certiorari, 350 U. S. 821, to the United States Court of Appeals for the Eighth Circuit.   It is ordered that *William J. Burrell, Esquire,* of Kansas City, Missouri, be appointed to serve as counsel for the petitioner in this case.

No. 13, Original.   WISCONSIN v. TENNESSEE.   This case is set for hearing during the week of January 23 on the motion for leave to file the complaint.   *Vernon W. Thomson,* Attorney General, *Stewart G. Honeck,* Deputy Attorney General, and *Roy G. Tulane* and *George F. Sieker,* Assistant Attorneys General, for the State of Wisconsin, plaintiff.   *George F. McCanless,* Attorney General, *Allison B. Humphreys, Jr.,* Solicitor General, and *Knox Bingham* and *James M. Glasgow,* Assistant Attorneys General, for the State of Tennessee, defendant.

No. 303, Misc.   McGAHAN v. ALVIS, WARDEN.   Motion for leave to file petition for writ of certiorari and habeas corpus denied.

No. 315, Misc.   BOZELL v. LINDSAY ET AL.   Motion for leave to file petition for writ of injunction or mandamus denied.